UNITED STATES BANKRUPTCY COURT
DISTRICT OF MASSACHUSETTS

In Re:   James B. Spratt, Sr.                                    Chapter: 7
         Debtor,                                                 Case No: 16–11762
                                                                 Judge Melvin S. Hoffman

## ORDER TO UPDATE
*(Individuals Filing Chapter 7)*

**TO THE DEBTOR AND DEBTOR(S) COUNSEL, IF ANY:**

**YOU ARE HEREBY ORDERED** to file with this Court the document(s) checked below. Failure to file the required documents with the Clerk's Office may result in the dismissal of your case. If you have questions, you may wish to consult an attorney to protect your rights.

Please note that if not dismissed earlier, the case **MUST** be automatically dismissed under 11 U.S.C. §521(i) if certain documents are not filed within 45 days of the date of the filing of the petition. If you file another bankruptcy petition within 12 months of the dismissal, the automatic stay may be limited or may not take effect depending upon your circumstances.

**NOTE: Official Forms, Director Forms and Local Forms may be downloaded from the Court's website at**
www.mab.uscourts.gov

☐ – Matrix Sheet: A pdf document listing the names and addresses of all of your creditors, formatted as described in *Local Form 1*.
   Due:

☐ – Upload Matrix to ECF: A .txt file listing the names and addresses of all of your creditors must be uploaded. (From the ECF Bankruptcy Menu, select "Creditor Maintenance" then select Upload list of creditors file.)
   Due:

☐ – Verification of Matrix
   Due:

☐ – Statement About Your Social Security Number(s) *(Official Form 121)*
   Due:

☐ – Debtor(s) Telephone Number (Pro se Debtors Only)
   Due:

☐ – Signature missing or incorrect; Debtor(s) must sign page 6 and 8, if appropriate; Attorney, if any, must sign page 7.
   Due:

☑ – Filing fee: (**NOTE:** No debtor checks accepted; money order or bank checks only made payable to: *"Clerk, U.S. Bankruptcy Court"*).

   ☑ – Payment in the full amount of $335.00; or an Application for Individuals to Pay the Filing Fee in Installments, *(Official Form 103A),* with an initial one–third minimum payment of $112.00; or

   ☐ – Application to Have the Chapter 7 Filing Fee Waived *(Official Form 103B)*
   Due:

☐ – Disclosure of Compensation of Bankruptcy Petition Preparer *(Director's Form 2800)* (Pro se Debtors Only)
   Due:

**PLEASE SEE NEXT PAGE FOR ADDITIONAL MISSING DOCUMENTS**

- ☐ – Bankruptcy Petition Preparer's Notice, Declaration, and Signature, *(Official Form 119)* (Pro se Debtors Only)
  Due:

- ☐ – Initial Statement About an Eviction Judgment Against You *(Official Form 101A)*
  Due:

- ☐ – Statement About Payment of an Eviction Judgment Against You *(Official Form 101B)*
  Due:

- ☑ – Declaration of Electronic Filing *(Local Form 7)*
  Due: **5/18/16**

- ☐ – Statement of Intention for Individuals Filing Under Chapter 7 *(Official Form 108)*
  Due: Within 30 days of the filing of your bankruptcy petition or the scheduled date of the §341 Meeting of Creditors, whichever is earlier.

- ☑ – Other: **APPLICATION TO PAY FILING FEE IN INSTALLMENTS MUST BE FILED AS A SEPARATE DOCUMENT.**

**The documents checked below must be filed with the Court no later than 4:30 p.m. on 5/25/16**

☐ Pre−petition Credit Counseling:    Debtor 1    Debtor 2    Both Debtor 1 and 2

  ☐ Certificate of (Pre−petition) Credit Counseling; and if developed prior to filing, a copy of the Debtor Repayment Plan; or
  ☐ Certified Request for an Extension of Time to File a (Pre−Petition) Credit Counseling Certificate. *(See Local Form 9 enclosed)*; or
  ☐ Motion Requesting Waiver of Credit Counseling Requirement Due to Incapacity, Disability, or Active Duty under 11 U.S.C. § 109(h). (A sample Motion is available at www.mab.uscourts.gov, under "other forms")

☐ Schedule(s) are missing or incomplete:
☐ Summary of Your Assets and Liabilities and Certain Statistical Information *(Official Form 106Sum)*
☐ Declaration About an Individual Debtor's Schedules *(Official Form 106Dec)*
☐ Statement of Financial Affairs for Individuals Filing for Bankruptcy *(Official Form 107)*
☑ Disclosure of Compensation of Attorney for Debtor *(Director Form 2030)*
☐ Chapter 7 Statement of Your Current Monthly Income *(Official Form 122A−1)*
☐ Statement of Exemption from Presumption of Abuse Under § 707(b)(2) *(Official Form 122A−1Supp)*
☐ Chapter 7 Means Test Calculation *(Official Form 122A−2)*
☐ New schedule listing post−petition creditors (in converted cases only). Please check one of the options below, then sign and date and return to the Court at the address below.

  ☐ List and Verified Declaration attached
  ☐ No post−petition creditors Signature _____ Date _____

---

- ◉ United States Bankruptcy Court
  John. W. McCormack Post Office and Court House
  5 Post Office Square, Suite 1150
  Boston, MA 02109−3945

- ○ United States Bankruptcy Court
  211 Donohue Federal Building
  595 Main Street
  Worcester, MA 01608−2076

- ○ United States Bankruptcy Court
  United States Courthouse
  300 State Street, Suite 220
  Springfield, MA 01105−2925

---

Date: 5/11/16

By the Court,

Miguel Lara
Deputy Clerk
617−748−5331