United States Bankruptcy Court
District of Massachusetts

In re:                                                                  Case No. 16-11762-msh
James B. Spratt, Sr.                                                    Chapter 7
        Debtor

## CERTIFICATE OF NOTICE

District/off: 0101-1         User: admin              Page 1 of 1         Date Rcvd: May 13, 2016
                             Form ID: 309aauto       Total Noticed: 18

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on May 15, 2016.
```
db         +James B. Spratt, Sr.,    45 Crossman Avenue,    Attleboro, MA 02703-1803
tr         +Debora A. Casey,    Chapter 7 Trustee,    97 Whiting Street,    Hingham, MA 02043-3822
smg         MASS DEPT OF REVENUE,    BANKRUPTCY UNIT,    P0 BOX 9564,    Boston, MA  02114-9564
19724007   +CITI,    P.O. BOX 6243,    SIOUX FALLS, SD 57117-6243
19724009   +CITIBANK USA, N.A.,    388 GREENWICH STREET,    NEW YORK, NY 10013-2375
19724008   +Dietech Financial, LLC,    P.O. Box 7169,    Pasadena, CA 91109-7169
19724018   +FIRST NATION COLLECTION BUREAU,    610 WALTHAM WAY,    SPARKS, NV 89434-6695
19724010   +LAW OFFICES OF HOWARD LEE SCHIFF, PC,    LAW OFFICES OF HOWARD LEE SCHIFF, PC,    PO BOX  280245,
             EAST HARTFORD, CT 06128-0245
19724019   +LVNV FUNDING, LLC,    625 PILOT ROAD, SUITE 3,    LAS VEGAS, NV 89119-4485
19724012   +MASSACHUSETTS DEPT. OF REVENUE,    P.O. BOX 7021,    BOSTON, MA 02204-7021
19724011    MIDLAND FUNDING, LLC,    75 AERO DRIVE, STE. 200,    SAN DIEGO, CA 92123
19724013   +NATIONAL GRID,    PO BOX 960,    NORTHBOROUGH, MA 01532-0960
19724014   +RBS CITIZENS, N.A.,    PO BOX 7092,    BRIDGEPORT, CT 06601-7092
19724016    SANTANDER,    PO BOX 951245,    FORT WORTH, TX 76161
```

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
```
smg        +E-mail/Text: duabankruptcy@detma.org May 13 2016 23:08:11      CHIEF COUNSEL, LEGAL DEPARTMENT,
             DEPARTMENT OF UNEMPLOYMENT ASSISTANCE,    COMMONWEALTH OF MASSACHUSETTS,
             19 STANIFORD STREET,1ST FLOOR,    Boston, MA 02114-2502
ust        +E-mail/Text: ustpregion01.bo.ecf@usdoj.gov May 13 2016 23:08:08      John Fitzgerald,
             Office of the US Trustee,    J.W. McCormack Post Office & Courthouse,
             5 Post Office Sq., 10th Fl, Suite 1000,    Boston, MA 02109-3901
19724015   +EDI: CONVERGENT.COM May 13 2016 23:08:00      CONVERGENT,   88 SW 39TH STREET, P.O. BOX 9004,
             RENTON, WA 98057-9004
19724017   +EDI: RMSC.COM May 13 2016 23:08:00      SYNCHRONY BANK (FORMERLY GE CAPITAL RETAIL BANK),
             PO BOX 965060,    ORLANDO, FL 32896-5060
                                                                                              TOTAL: 4
```

```
             ***** BYPASSED RECIPIENTS (undeliverable, * duplicate) *****
aty         ##+Todd S. Dion,    Law Office of Todd S. Dion,    1319 Cranston Street,    Cranston, RI 02920-6719
                                                                                   TOTALS: 0, * 0, ## 1
```

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

Addresses marked '##' were identified by the USPS National Change of Address system as undeliverable. Notices will no longer be delivered by the USPS to these addresses; therefore, they have been bypassed. The debtor's attorney or pro se debtor was advised that the specified notice was undeliverable.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: May 15, 2016                                              Signature:  /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on May 13, 2016 at the address(es) listed below:
```
              Debora A. Casey    caseydtrustee@aol.com, MA34@ecfcbis.com
              John Fitzgerald    USTPRegion01.BO.ECF@USDOJ.GOV
              Todd S. Dion    on behalf of Debtor James B. Spratt, Sr. toddsdion@msn.com
                                                                                             TOTAL: 3
```

| **Information to identify the case:** | | |
|---|---|---|
| Debtor 1 | **James B. Spratt Sr.**<br>First Name   Middle Name   Last Name | Social Security number or ITIN  **xxx–xx–8304**<br>EIN  _ _–_ _ _ _ _ _ _ |
| Debtor 2<br>(Spouse, if filing) | First Name   Middle Name   Last Name | Social Security number or ITIN  _ _ _ _<br>EIN  _ _–_ _ _ _ _ _ _ |
| United States Bankruptcy Court | **District of Massachusetts** | Date case filed for chapter  **7    5/9/16** |
| Case number: | **16–11762 –msh** | |

Official Form 309A (For Individuals or Joint Debtors)
**Notice of Chapter 7 Bankruptcy Case –– No Proof of Claim Deadline**     12/15

**For the debtors listed above, a case has been filed under chapter 7 of the Bankruptcy Code. An order for relief has been entered. PLEASE DO NOT FILE A PROOF OF CLAIM UNLESS YOU RECEIVE NOTICE TO DO SO.**

**This notice has important information about the case for creditors, debtors, and trustees, including information about the meeting of creditors and deadlines. Read all pages carefully.**

The filing of the case imposed an automatic stay against most collection activities. This means that creditors generally may not take action to collect debts from the debtors or the debtors' property. For example, while the stay is in effect, creditors cannot sue, garnish wages, assert a deficiency, repossess property, or otherwise try to collect from the debtors. Creditors cannot demand repayment from debtors by mail, phone, or otherwise. Creditors who violate the stay can be required to pay actual and punitive damages and attorney's fees. Under certain circumstances, the stay may be limited to 30 days or not exist at all, although debtors can ask the court to extend or impose a stay.

The debtors are seeking a discharge. Creditors who assert that the debtors are not entitled to a discharge of any debts or who want to have a particular debt excepted from discharge may be required to file a complaint in the bankruptcy clerk's office within the deadlines specified in this notice. (See line 9 for more information.)

**To protect your rights, you may wish to consult an attorney.** All documents filed in the case may be inspected at the bankruptcy clerk's office at the address listed in line 6 or through PACER (Public Access to Court Electronic Records at www.pacer.gov).

**The staff of the bankruptcy clerk's office cannot give legal advice.**

**To help creditors correctly identify debtors, debtors submit full Social Security or Individual Taxpayer Identification Numbers, which may appear on a version of this notice. However, the full numbers must not appear on any document filed with the court.**

<u>**Do not file this notice with any proof of claim or other document in the case.**</u> Do not include more than the last four digits of a Social Security or Individual Taxpayer Identification Number in any document, including attachments, that you file with the court.

| | | **About Debtor 1:** | **About Debtor 2:** |
|---|---|---|---|
| **1.** | **Debtor's full name** | James B. Spratt Sr. | |
| **2.** | **All other names used in the last 8 years** | | |
| **3.** | **Address** | 45 Crossman Avenue<br>Attleboro, MA 02703 | |
| **4.** | **Debtor's attorney**<br>Name and address | Todd S. Dion<br>Law Office of Todd S. Dion<br>1319 Cranston Street<br>Cranston, RI 02920 | Contact phone 401–270–0639<br>Email: toddsdion@msn.com |
| **5.** | **Bankruptcy trustee**<br>Name and address | Debora A. Casey<br>Chapter 7 Trustee<br>97 Whiting Street<br>Hingham, MA 02043 | Contact phone 781–749–8068<br>Email: caseydtrustee@aol.com |

**For more information, see page 2>**

Debtor **James B. Spratt Sr.** Case number **16−11762 −msh**

| | | | |
|---|---|---|---|
| **6.** | **Bankruptcy clerk's office** <br><br> Documents in this case may be filed at this address. You may inspect all records filed in this case at this office or online at www.pacer.gov. | U. S. Bankruptcy Court <br> J.W. McCormack Post Office & Court House <br> 5 Post Office Square, Suite 1150 <br> Boston, MA 02109−3945 | Hours open: Monday−Friday 8:30am−5:00pm <br><br> Contact phone 617−748−5300 <br><br> Date: 5/13/16 |
| **7.** | **Meeting of creditors** <br><br> Debtors must attend the meeting to be questioned under oath. In a joint case, both spouses must attend. Creditors may attend, but are not required to do so. | **June 15, 2016 at 09:30 AM** <br><br> The meeting may be continued or adjourned to a later date. If so, the date will be on the court docket. | Location: <br><br> **155 West Elm Street, Brockton, MA 02301** |
| **8.** | **Presumption of abuse** <br><br> If the presumption of abuse arises, you may have the right to file a motion to dismiss the case under 11 U.S.C. § 707(b). Debtors may rebut the presumption by showing special circumstances. | The presumption of abuse does not arise. | |
| **9.** | **Deadlines** <br><br> Papers and any required fee must be received by the bankruptcy clerk's office **no later than 4:30 PM (Eastern Time)** by the deadlines listed. | **File by the deadline to object to discharge or to challenge whether certain debts are dischargeable:** <br><br> **You must file a complaint:** <br><br> • if you assert that the debtor is not entitled to receive a discharge of any debts under any of the subdivisions of 11 U.S.C. § 727(a)(2) through (7), or <br> • if you want to have a debt excepted from discharge under 11 U.S.C. § 523(a)(2), (4) or (6). <br><br> **You must file a motion:** <br><br> • if you assert that the discharge should be denied under § 727(a)(8) or (9). | **Filing deadline: 8/15/16** |
| | | **Deadline to object to exemptions:** <br> The law permits debtors to keep certain property as exempt. If you believe that the law does not authorize an exemption claimed, you may file an objection. | **Filing deadline:** 30 days after the *conclusion* of the meeting of creditors |
| **10.** | **Deadline to file §503(b)(9) requests:** | Requests under Bankruptcy Code §503(b)(9)(goods sold within twenty(20) days of bankruptcy) must be filed in the Bankruptcy Clerk's office. | **Filing deadline:** 60 days from the first date set for the meeting of creditors |
| **11.** | **Proof of claim** <br><br> Please do not file a proof of claim unless you receive a notice to do so. | No property appears to be available to pay creditors. Therefore, please do not file a proof of claim now. If it later appears that assets are available to pay creditors, the clerk will send you another notice telling you that you may file a proof of claim and stating the deadline. ***Do not include this notice with any filing you make with the court.*** | |
| **12.** | **Discharge of Debts** | The debtor is seeking a discharge of most debts, which may include your debt. A discharge means that you may never try to collect the debt from the debtor. If you believe that the debtor is not entitled to receive a discharge under Bankruptcy Code §727(a) or that a debt owed to you is not dischargeable under Bankruptcy Code §523(a)(2),(4), or (6), you must file a complaint or a motion if you assert the discharge should be denied under §727(a)(8) or (a)(9) in the bankruptcy clerk's office by the "Deadline to Object to Debtor's Discharge or to Challenge the Dischargeability of Certain Debts" listed on line 9 of this form. The bankruptcy clerk's office must receive the complaint or motion and any required filing fee by that deadline. | |

**For more information, see page 3>**

Debtor **James B. Spratt Sr.**                                                                            Case number **16–11762 –msh**

| | |
|---|---|
| **13. Creditors with a foreign address** | If you are a creditor receiving a notice mailed to a foreign address, you may file a motion asking the court to extend the deadlines in this notice. Consult an attorney familiar with United States bankruptcy law if you have any questions about your rights in this case. |
| **14. Financial Management Training Program Deadline for the Debtor** | **Deadline for debtor to attend a financial management training program approved by the United States Trustee: Sixty (60) days from the first date set for the meeting of creditors.** The discharge will not enter if the debtor fails to attend a financial management–training program approved by the United States Trustee or if the debtor attends such training and fails to file a certificate of completion with the U.S. Bankruptcy Court. The training is in addition to the pre–bankruptcy counseling requirement. A list of approved courses may be obtained from the United States Trustee or from the court's website at www.mab.uscourts.gov. |
| **15. Exempt property** | The law allows debtors to keep certain property as exempt. Fully exempt property will not be sold and distributed to creditors. Debtors must file a list of property claimed as exempt. You may inspect that list at the bankruptcy clerk's office or online at www.pacer.gov. If you believe that the law does not authorize an exemption that the debtors claim, you may file an objection. The bankruptcy clerk's office must receive the objection by the deadline to object to exemptions in line 9. |
| **16. Abandonment of Estate Property** | Notice is hereby given that any creditor or other interested party who wishes to receive notice of the estate representative's intention to abandon property of the estate pursuant to 11 U.S.C. §554(a) must file with the Court and serve upon the estate representative and the United States trustee a written request for such notice within fourteen (14) days from the date first scheduled for the meeting of creditors. |

Official Form 309A (For Individuals or Joint Debtors) **Notice of Chapter 7 Bankruptcy Case –– No Proof of Claim Deadline**                                                 page **3**