UNITED STATES BANKRUPTCY COURT
DISTRICT OF MASSACHUSETTS (BOSTON)

IN RE:

James B. Spratt, Sr.

CitiMortgage, Inc.,

VS.

James B. Spratt, Sr.

CHAPTER 7
CASE NO. 16-11762-MSH

MOTION FOR RELIEF FROM STAY

To the Honorable Melvin S. Hoffman:

CitiMortgage, Inc., your moving party in the within Motion, respectfully represents:

1. The movant has a mailing address of P.O. Box 689196, Des Moines, IA 60368-9196.

2. The debtor, James B. Spratt Sr., has a mailing address of 45 Crossman Ave., Attleboro, MA 02703.

3. On May 9, 2016, the debtor filed a petition under Chapter 7 of the United States Bankruptcy Code in the United States Bankruptcy Court for the District of Massachusetts.

4. The movant is the holder of a mortgage on real estate in the original amount of $242,725.00 given by James B. Spratt, Sr. to Mortgage Electronic Registration Systems, Inc. as nominee for Shamrock Financial Corporation, its successors and assigns on or about May 19, 2006. Said mortgage is recorded with the Bristol County (Northern District) Registry of Deeds at Book 15878, Page 52, as affected by a loan modification agreement dated on or about June 3, 2010

and covers the premises located at 45 Crossman Avenue, Attleboro, MA 02703.

5. Said mortgage secures a note given by James B. Spratt, Sr. to Shamrock Financial Corporation, A Rhode Island Corporation in the original amount of $242,725.00. Citimortgage, Inc. services the loan on the property referenced in this motion for relief. In the event the automatic stay in this case is modified, this case dismisses, and/or the debtor obtains a discharge and a foreclosure action is commenced on the mortgaged property, the foreclosure will be conducted in the name of Citimortgage, Inc., Note Holder. Note Holder directly or through an agent, has possession of the promissory note. The promissory note is either made payable to Note Holder or has been duly endorsed. Note Holder is the original mortgagee or beneficiary or the assignee of the security instrument for the referenced loan.

6. Said mortgage was assigned by Mortgage Electronic Registration Systems, Inc. as nominee for Shamrock Financial Corporation, its successors and assigns to your movant. Said assignment is recorded with the Bristol County (Northern District) Registry of Deeds at Book 17649, Page 284. A copy of the mortgage, note, loan modification agreement and assignment is annexed hereto and marked as **Exhibit 'A'.**

7. The movant is unaware of a recorded Declaration of Homestead.

8. There is no other collateral securing the obligation.

9. As of May 12, 2016, approximately $391,748.36 in principal, interest, late fees and other charges was due with regard to CitiMortgage, Inc.'s note and mortgage.

10. There are the following encumbrances on the property:

| Name of Creditor | Type of Lien | Amount Owed |
| --- | --- | --- |
| Movant | First mortgage | $391,748.36 |

| | | |
|---|---|---|
| IRS | Tax lien | $14,328.72 |
| Midland Funding, LLC | Execution | $2,058.25 |
| **Total Secured Encumbrances:** | | **$408,135.33** |

11. According to the debtor's schedules, the fair market value of the subject property is $177,900.00. The liquidation value of the subject property is $165,914.78, calculated as the fair market value less a reasonable realtor's fee (6%); deed stamps ($ 811.22) and anticipated costs incurred for a real estate closing of $500.00.

12. The note and mortgage are in default for the June 1, 2011 payment, and all payments thereafter plus reasonable attorney's fees and costs and other charges incurred by the movant.

13. The movant seeks relief from stay as a secured creditor to enforce its rights under its loan documents and applicable law. In support thereof, the movant states that it is entitled to relief:

    I.    Pursuant to 11 U.S.C. §362 (d)(1) for cause on the basis that the debtor is in default on said contractual obligations, the primary purpose of a Chapter 7 proceeding is to liquidate the assets of the debtor, there is no equity and the trustee has no motivation to liquidate the subject property;

    II.    Pursuant to 11 U.S.C. §362 (d)(2) on the basis that there is no equity in the subject property and, there being no reorganization in prospect, the property is not necessary for effective reorganization.

WHEREFORE, the movant prays that it, and its successors and/or assigns, be granted relief from the automatic stay for the purpose of: (i) exercising its rights under its agreements with the debtor and under applicable law, including, without limitation, taking possession of the mortgaged

premises and/or foreclosing or accepting a deed in lieu of foreclosure of its mortgage on said premises; (ii) preserving its right to seek any deficiency to the extent permitted by state and federal law, including 11 U.S.C. §524(a); (iii) bringing such actions, including, without limitation, summary process proceedings, as are permissible by law; and (iv) that the Court order such other and further relief as may be just and proper.

Respectfully submitted,

CitiMortgage, Inc.,
By its Attorney

/s/ Tatyana P. Tabachnik
Tatyana P. Tabachnik, Esquire
BBO# 673236
Harmon Law Offices, P.C.
P.O. Box 610389
Newton Highlands, MA 02461-0389
(617) 558-0500
mabk@harmonlaw.com

Dated: June    2   , 2016

UNITED STATES BANKRUPTCY COURT
DISTRICT OF MASSACHUSETTS (BOSTON)

IN RE:

James B. Spratt, Sr.

CHAPTER 7
CASE NO. 16-11762-MSH

CERTIFICATE OF SERVICE

      I, Tatyana P. Tabachnik, Esquire, state that on June 2, 2016, I electronically filed the foregoing document with the United States Bankruptcy Court for the District of Massachusetts using the CM/ECF System. I served the foregoing document on behalf of CitiMortgage, Inc. on the following CM/ECF participants:

John Fitzgerald, Esquire, Assistant U.S. Trustee
Debora Casey, Chapter 7 Trustee
Todd S. Dion, Esquire for the Debtor

      I certify that I have mailed by first class mail, postage prepaid, the documents electronically filed with the Court on the following non CM/ECF participants:

/s/ Tatyana P. Tabachnik
Tatyana P. Tabachnik, Esquire
BBO# 673236

James B. Spratt, Sr.
45 Crossman Ave
Attleboro, MA 02703

Midland Funding, LLC
8875 Aero Dr Ste 200
San Diego, CA 92123-2255

Internal Revenue Service
P.O. Box 219236
Kansas City, MO 64121

City of Attleboro - Collector of Taxes
Government Center
77 Park Street
Attleboro, MA 02703

Internal Revenue Service
P.O. Box 7346
Philadelphia, PA 19101-7346

201305-0496.

5

UNITED STATES BANKRUPTCY COURT
DISTRICT OF MASSACHUSETTS (BOSTON)

In re:

James B. Spratt Sr.,
               Debtor(s).

CHAPTER 7
CASE NO. 16-11762-MSH

## Order Granting CitiMortgage, Inc. Relief From The Automatic Stay And Leave To Foreclose Mortgage

This matter has come before the Court, and after full consideration, and no objections having been filed after proper notice, it is hereby ordered that CitiMortgage, Inc., its Successors and/or Assigns, Motion for Relief From the Automatic Stay is hereby granted and it may proceed to foreclose or accept a deed in lieu of foreclosure of the mortgage given by James B. Spratt Sr. to Mortgage Electronic Registration Systems, Inc. as nominee for Shamrock Financial Corporation, its successors and assigns, dated May 19, 2006 and recorded with the Bristol County Registry of Deeds at Book 15878, Page 52 and which covers the premises located at 45 Crossman Avenue, Attleboro, MA 02703, and may exercise its rights under said Mortgage, including preserving its right to seek any deficiency to the extent permitted by state and federal law, including 11 U.S.C. §524(a), and may bring such actions, including, without limitation, summary process proceedings, as are permissible by law, all as set forth in its Motion.

Honorable Melvin S. Hoffman
United States Bankruptcy Judge

201305-0496