UNITED STATES BANKRUPTCY COURT
DISTRICT OF MASSACHUSETTS

_____
James B. Spratt, Sr.
                                                      )
          Debtor,               )        CHAPTER 7
                                                      )        CASE NO.
                                                      )
_____)

**CERTIFICATE OF SERVICE**

      I hereby certify that on July 1, 2016, copies of the Amended Summary of Schedules and Amended Schedules E and F with this Certificate of Service, filed through the CM/ECF System, will be sent electronically to the registered participants as identified on the Notice of Electronic Filing (NEF) and paper copies shall be served by first class mail postage prepaid on Dated: July 1, 2016:

Dated:  July 1, 2016

                                                        Respectfully Submitted,
                                                        */s/ Todd S. Dion*_____
                                                        Todd S. Dion, Esq. (BBO #659109)
                                                       1599 Smith Street
                                                       North Providence, RI  02911
                                                       Telephone: 401-353-1230
                                                      Facsimile:  401-353-1231
                                                      toddsdion@msn.com

## CERTIFICATE OF SERVICE

     I hereby certify that on July 1, 2016, a copy of the foregoing document, filed through the CM/ECF System, will be sent electronically to the registered participants as identified on the Notice of Electronic Filing (NEF) and paper copies shall be served by first class mail postage prepaid on the parties listed on the NEF as not receiving electronic notice as follows:

CITI
P.O. BOX 6243
SIOUX FALLS, SD 57117

Dietech Financial, LLC
P.O. Box 7169
Pasadena, CA  91109

CITIBANK USA, N.A.
388 GREENWICH STREET
NEW YORK, NY 10013

LAW OFFICES OF HOWARD LEE SCHIFF, PC
PO BOX  280245
EAST HARTFORD, CT 06128

MIDLAND FUNDING, LLC
75 AERO DRIVE, STE. 200
SAN DIEGO, CA 92123

MASSACHUSETTS DEPT. OF REVENUE
P.O. BOX 7021
BOSTON, MA 02204

NATIONAL GRID
PO BOX 960
NORTHBORUGH, MA 01532

RBS CITIZENS, N.A.
PO BOX 7092
BRIDGEPORT, CT 06601

CONVERGENT
88 SW 39TH STREET, P.O. BOX 9004
RENTON, WA 98057

SANTANDER
PO BOX 951245
FORT WORTH, TX 76161

SYNCHRONY BANK (FORMERLY GE CAPITAL RETAIL BANK)
PO BOX 965060
ORLANDO, FL 32896

FIRST NATION COLLECTION BUREAU
610 WALTHAM WAY
SPARKS, NV 89434

LVNV FUNDING, LLC
625 PILOT ROAD, SUITE 3
LAS VEGAS, NV 8911


Attleboro Medical Associates
19 Sturdy Street
Attleboro, MA 02703

Department of the Treasury
Internal Revenue Service
Andover, MA 01810


Comcast
P.O. Box 6505
Chelmsford, MA 02703

Sturdy Cardiology Associates
 2 Hayward Street
 Attleboro, MA 02703




                                        */s/ Todd S. Dion*_____
                                        Todd S. Dion, Esq.